UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUAN TAVERAS-DEAZA,

Defendant.

25-cr-666 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court shall hold an arraignment and initial conference in this action on Tuesday, December 9, 2025, at 2:30 p.m. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse.

Dated:  New York, New York
        December 5, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.