UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,       :      25-Cr-666 (SHS)

         -v -          :      ORDER

JUAN TAVERAS-DEEZA,      :

         Defendant.    :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     In light of the notice of appearance of Andres M. Aranda, Esq. as counsel for Mr. Taveras-Deeza, CJA attorney Susan J. Walsh, Esq. is relieved as counsel for Mr. Taveras-Deeza.

Dated: New York, New York
      February 24, 2026

                SO ORDERED:

                _____
                   Sidney H. Stein, U.S.D.J.