UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,              :        25-Cr-666 (SHS)

           -v -                    :        ORDER

JUAN TAVERAS-DEEZA,                     :

           Defendant.              :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.     The conference scheduled for March 5, 2026, at 2:30 p.m. is adjourned to March 10, 2026, at 2:30 p.m.; and

      2.     With the consent of the parties, the time is excluded from calculation under the Speedy Trial Act from today until March 5, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to ¶ 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       March 4, 2026

                             SO ORDERED:

                             Sidney H. Stein, U.S.D.J.