UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,               :        25-cr-666 (SHS)

       -against-                       :

                                 ORDER

JUAN TAVERAS-DEAZA,                      :

             Defendant.               :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that there will be a conference on May 6, 2026, at 11:00 a.m. to schedule dates for pretrial submissions and the trial of this action. The conference will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
      April 29, 2026

                           SO ORDERED:

                           Sidney H. Stein, U.S.D.J.