

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 29, 2026

**MEMO ENDORSED**

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Taveras-Deaza*, 25 Cr. 666 (SHS)

Dear Judge Stein:

    The Government respectfully requests the exclusion of time between today, April 29, 2026 and May 6, 2026, the date of the next conference in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by excluding time between April 29, 2026 and May 6, 2026 outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the parties to discuss a potential pre-trial resolution of this matter. The defendant consents to this request.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney

           By:

                                    /s/ Rebecca R. Delfiner
                                    Rebecca R. Delfiner
                                    Assistant United States Attorney
                                    (212) 637-2427

cc:    All counsel of record (via ECF)

*[Handwritten endorsement:]* 4/29/26 Application granted and time is excluded from today until May 6 as per above. So Ordered. Sidney H. Stein U.S.D.J.