UNITED STATES DISTRICT COURT§
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,  :   25-CR-666 (SHS)

    -v-       :   ORDER

JUAN TAVERAS-DEAZA,    :

     Defendant.  :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Court.

   A pretrial conference having been held today, with counsel for all parties present,

   IT IS HEREBY ORDERED that:

   1.  The government shall provide its expert notices to defendant by June 1, 2026;

   2.  Any motions in limine, proposed jury charges, and proposed voir dire are due on or before June 22, 2026;

   3.  Responses to any motions in limine, if any, are due June 29, 2026;

   4.  The government's 3500 material, witness list, and list of exhibits are due July 6, 2026;

   5.  The final pretrial conference will take place on July 9, 2026, at 11:00 a.m.;

   6.  The trial of this action will begin on July 13, 2026, at 9:30 a.m. in Courtroom 23A; and

   7.  At the request of the government, and with the consent of defendant, the Court excludes time from calculation under the Speedy Trial Act from today until July 13, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
   May 6, 2026

         SO ORDERED:

         _____
          Sidney H. Stein, U.S.D.J.