

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 27, 2026

**By ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    *United States v. Juan Taveras-Deaza*, 25 Cr. 666 (SHS)

Dear Judge Stein:

The Government respectfully requests a two-week extension of its deadline to make its expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

Trial in this matter is scheduled to begin on July 13, 2026, and the Government's current deadline for making its expert disclosures is June 1, 2026. The parties are actively discussing a potential pretrial disposition in this matter and expect to complete those discussions in approximately the next two weeks. As such, the Government respectfully requests that its deadline for making its expert disclosures be extended to June 15, 2026. The defense consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _Rebecca Delfiner_
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

cc: Andres Aranda, Esq.

**The government's request for a two week extension of its deadline to make its expert disclosures until July 13, 2026, is granted.**

**Dated: New York, New York**
**May 27, 2026**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**