**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2026

**By ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Juan Taveras-Deaza*, 25 Cr. 666 (SHS)**

Dear Judge Stein:

The Government respectfully requests to file its sentencing submission in this matter on Monday, September 14, 2026.

Sentencing in this matter is scheduled for Friday, September 18, 2026, and the Government's current deadline for filing its sentencing submission is Friday, September 11, 2026. The parties received the final Presentence Investigation Report for this defendant on September 8, 2026, and the defendant filed his sentencing submission on September 8, 2026. The Government therefore respectfully requests that its deadline to file the Government's sentencing submission be extended to Monday, September 14, 2026. The Government has asked for the defense position on this request, but has not yet received a response.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

cc: Andres Aranda, Esq.

**The government shall have until September 14, 2026, to file its sentencing submission.**

**Dated: New York, New York**
**September 10, 2026**

**SO ORDERED:**

______________________
**Sidney H. Stein, U.S.D.J.**